RECEIVED 2025 APR 16 PM 3:20
UNITED STATES ATTORNEY
COLUMBUS, OHIO

IN THE COURT OF COMMON PLEAS
WARREN COUNTY, OHIO

| | |
|---|---|
| PEOPLES BANK<br>138 Putnam Street<br>Marietta, OH 45750,<br><br>        Plaintiff,<br><br>-vs-<br><br>KY-LA DEVELOPMENT, LLC<br>6258 Wedgewood Drive<br>Morrow, OH 45152,<br><br>and<br><br>THE UNITED STATES OF AMERICA<br>2 North Street, Suite 320<br>Birmingham, AL 35203,<br><br>and<br><br>c/o Pamela Bondi, United States Attorney General<br>950 Pennsylvania Avenue, NW<br>Room 1111<br>Washington, DC 20530,<br><br>and<br><br>c/o United States Attorney<br>Southern District of Ohio<br>303 Marconi Boulevard, Suite 200<br>Columbus, OH 43215,<br><br>        Defendants. | Case No. **25CV98842**<br><br>Judge **ODA II** |

## CREDITOR'S BILL COMPLAINT

Now Comes Plaintiff Peoples Bank ("Peoples"), by and through undersigned counsel, and states the following as its Creditor's Bill Complaint:

1

1. Peoples is an Ohio state-chartered bank which does business in Warren County, Ohio.

2. On February 28, 2025, Peoples recovered a money judgment (the "Money Judgment") against Defendant KY-LA Development, LLC ("KY-LA") in the Warren County Court of Common Pleas, Case No. 24 CV 97817, in the combined principal amount of $456,304.20, plus accrued interest of $37,113.04, plus interest from January 29, 2025 as specified in certain promissory notes, plus late charges of $18,782.58, plus additional fees and charges of $20,388.55, plus attorneys' fees of $15,799.00 pursuant to R.C. 1319.02 and costs. A copy of the Money Judgment is attached hereto as **Exhibit A** and incorporated herein by this reference.

3. KY-LA lacks sufficient personal or real property in the State of Ohio upon which to levy or execute to fully satisfy the Money Judgment.

4. Peoples is informed and believes, and upon such information and belief alleges, that KY-LA aka KY-LA Development has equitable and/or other interests due or to become due to it in certain claims (including any future settlement thereof) against Defendant The United States of America ("United States") set forth in, *inter alia*, Case No.: 1:23-cv-1876, captioned *112 Genesee Street LLC, et al., v. The United States of America*, filed in The United States Court of Federal Claims (the "Federal Lawsuit"), which can be applied to the payment of the Money Judgment. A copy of the Complaint filed in the Federal Lawsuit is attached hereto as **Exhibit B** and incorporated herein by this reference.

5. The filing of this civil action pursuant to R.C. 2333.01 secures a lien on KY-LA's property, interest, rights and equitable and/or other interests due or to become due to KY-LA arising out of its claims in the Federal Lawsuit which are the subject of this action, including but

not limited to the $547,754.35 in monetary damages that KY-LA is requesting in the Federal Lawsuit.

WHEREFORE, Plaintiff Peoples Bank demands judgment as follows:

A) Defendant KY-LA Development, LLC be required to answer and make full and complete disclosure of all property, whether real, personal, mixed, tangible, or intangible, of whatever nature, which is in its possession or under its control in which Defendant KY-LA Development, LLC has any interest, whether equitable or legal, or which any money or property is due or becomes due to Defendant KY-LA Development, LLC;

B) Defendants KY-LA Development, LLC and The United States of America be directed to apply to the payment of the Money Judgment, together with costs of this action, the above-described property, claims, choses in action and interests belonging to Defendant KY-LA Development, LLC to Peoples;

C) Defendants KY-LA Development, LLC and The United States of America be enjoined from settling, releasing, selling, transferring, or otherwise disposing of or interfering with the above-described property, choses in action, claims and interests belonging to Defendant KY-LA Development, LLC other than toward payment of the Money Judgment; and

D) For such other and further relief to which Peoples may be entitled either at law or in equity.

Respectfully submitted,

/s/ James H. Cannon

James H. Cannon (0076793)
CANNON LAW, LLC
P.O. Box 678
Lewis Center, OH 43035
james@cannonlawohio.com

CERTIFIED COPY
BREIGHTON SMITH, CLERK
WARREN COUNTY, OHIO
COMMON PLEAS COURT
BY Nicole Torres
DEPUTY

3

(614) 489-7250 Telephone
(614) 334-0710 Facsimile
*Attorney for Plaintiff Peoples Bank*